**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

ELENA NACARINO, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

CURTIS INTERNATIONAL LTD.,

Defendant.

**Case No.: 4:26-cv-1736-HSG**

**ORDER GRANTING EX PARTE MOTION TO ADJOURN AND RESCHEDULE CASE MANAGEMENT CONFERENCE (as modified)**

Having considered the application of Plaintiff Elena Nacarino to adjourn the Case Management Conference set for June 2, 2026, for an additional 120 days, to September 15, 2026 via zoom, at 2:00 p.m. as Defendant Curtis International Ltd. is a foreign entity that has not yet been served in accordance with the Hague Service Convention. It is hereby ordered that the application is GRANTED.  The zoom information and instructions remain the same as previously provided in docket no. 13.

IT IS SO ORDERED.

DATED: 5/19/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

1
ORDER GRANTING EX PARTE MOTION TO ADJOURN AND
RESCHEDULE CASE MANAGEMENT CONFERENCE