**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELENA NACARINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>CURTIS INTERNATIONAL LTD.,<br><br>Defendant. | **Case No.: 4:26-cv-1736-HSG**<br><br>**ORDER DENYING EX PARTE MOTION TO ADJOURN AND RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Having considered the application of Plaintiff Elena Nacarino to adjourn the Case Management Conference set for September 15, 2026, for an additional 120 days, to January 12, 2027, at 2:00 p.m. as Defendant Curtis International Ltd. is a foreign entity that has not yet been served in accordance with the Hague Service Convention. It is hereby ordered that the application is DENIED.

IT IS SO ORDERED.

DATED: 9/9/2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Haywood S. Gill Jr.
Judge Haywood S. Gilliam Jr.